| | |
|---|---|
| In the United States District Court for the District of Minnesota<br>316 North Robert Street<br>100 Federal Building<br>St. Paul, MN 55101 | 17cv2115 JRT/DTS |
| Charles Randall<br><br>v<br><br>Steven Terner MNUCHIN | **RECEIVED**<br><br>JUN 19 2017<br><br>CLERK, U.S. DISTRICT COURT<br>ST. PAUL, MINNESOTA |
| Copy to: **Donald John TRUMP**<br>President of the USA<br>**TIGTA - Treasury Inspector General for Tax Administration** | |
| **CIVIL SUIT** ||

**COMES NOW,** Charles Randall of the family SORENSEN, hereinafter "Charles Randall", speaking in ministerial capacity for his family and our estate. Demand is made for redemption of central banking currency in Lawful Money in all transactions. The clerk of court will not file this garnishment as a miscellaneous case file and therefore it is being filed as a civil suit.

Charles Randall- Trustee of the Resulting Trust
c/o 7423 Frontier Trail
Chanhassen, Minnesota.

SCANNED
JUN 20 2017
U.S. DISTRICT COURT ST. PAUL

| | |
|---|---|
| In the United States District Court for the District of Minnesota<br>316 North Robert Street<br>100 Federal Building<br>St. Paul, MN 55101 | |
| Charles Randall<br><br>v<br><br>Steven Terner MNUCHIN | |
| Copy to: **Donald John TRUMP**<br>President of the USA<br>**TIGTA - Treasury Inspector General for Tax Administration** | |
| **CERTIFICATE OF EXIGENT CIRCUMSTANCES CONTEMPLATING GARNISHMENT** ||

**COMES NOW**, Charles Randall of the family SORENSEN, hereinafter "Charles Randall", speaking in ministerial capacity for his family and our estate. Demand is made for redemption of central banking currency in Lawful Money in all transactions. Evidence of said Demand is exemplified by the attached and fully integrated images. Administrative record is established and the record of special particulars of said Demand and the resulting Redemption in Lawful Money is further evidenced and may be viewed by visiting the following URL which is a cloud of electronic data in support of the foregoing assertions: **http://tinyurl.com/hbld6kf**

**Jurisdiction:** The 'saving to suitor's clause' of The Judiciary Act of 1789, Chapter 20, Page 77 fully expresses the intent of Congress that should there be any failure or incompetence in the common law (*stare decisis*/case law) that the judiciary resorts to the fundamental rule of admiralty.

> gation of trade of the United States, where the seizures are made, on | nizance in mari-
> waters which are navigable from the sea by vessels of ten or more tons | time causes and
> burthen, within their respective districts as well as upon the high seas;(a) | of seizure under
> saving to suitors, in all cases, the right of a common law remedy, where | the laws of the
> the common law is competent to give it; and shall also have exclusive | United States.
> original cognizance of all seizures on land, or other waters than aforesaid, made, and of all suits for penalties and forfeitures incurred, under
> the laws of the United States.(b)   And shall also have cognizance, con- | Concurrent
> current with the courts of the several States, or the circuit courts, as the | jurisdiction.
> case may be, of all causes where an alien sues for a tort only in viola-

**Certificate of Exigent Circumstances:** Rule B(1)(c) states the clerk of court's obligation to garnish the defendant:

> Rule B(1)(c): If the plaintiff or the plaintiff's attorney certifies that exigent circumstances make court review impracticable, **the clerk must issue the summons and process of attachment and garnishment.** The plaintiff has the burden in any post-attachment hearing under Rule E(4)(f) to show that exigent circumstances existed.

### Cause of Action

On or around, and covering a period of months, May, 2017 thru June, 2017, Charles Randall refused several presentments from the Minnesota Department of Revenue, hereinafter the "Department", based in and on the cause of the Department's false presumption that Charles Randall has been endorsing the Federal Reserve System; and, thusly making a use of said system.

The presumption based in mistake that the CHARLES RANDALL SORENSEN CONSTRUCTIVE TRUST exists is erroneous and false and is thusly a mistake, at best or fraudulent at worst.  The Department's process of adjustment and "summons into administrative process" is and has properly been Refused for Cause and is attached fully incorporating the non-response/counterclaim into this document. Red ink "Refusal for Cause" on the responses has been added so this refusal is even more conspicuous. The benefit of private credit from the Federal Reserve was never conveyed, transferred or accepted upon Charles Randall SORENSEN such that a trust relationship exists. *Mistaken designation* as uniform rule stipulates that whenever any bonded judge reading this brief, in review, may deem it to be a counterclaim, it be regarded as a defensive brief.  In this specific matter, the Refusal for Cause was construed by the Department to be an appeal.

The papers mailed to Charles Randall simulate regular bonded judicial process and even speak of the administrative appeal simulations as if the documents reflect a (bonded) judiciary. In American common law, tradition would have it that any trial court is bonded to an appeal process contiguous with proper bonding to the Supreme Court of the United States. Albeit, the state superior court "judge" might have sworn a proper oath of office, any arraignment of Charles Randall depends upon the inherent promise that he has an intact bonded appeal right. This appeals right begs a trust relationship that is sacred. And this appeals right goes to the heart of the false presumption aforementioned.

Furthermore American Jurisprudence administers Administrative Law as 'government in miniature' so that the balance of power is abrogated, but can only exist in the presence of judicial oversight.

The oaths of office of the chief "judge" and "justice" on the territorial jurisdiction of State are attached and integrated into this foreign judgment. Both oaths are Refused for Cause because they deviate from the form of oath prescribed by Congress. The Affirmation Affidavit is included for both "judges" showing the deviation in the form of oath. Therefore without a bonded appeal process Charles Randall is not a defendant in this or any court or matter/cause and cannot be arraigned and/or billed as a defendant. Attached is a chief USDC "judge" oath for an example with his signature redacted before publication so not to indict him to prison on the basis of treason.

Garnishment of the Secretary of the Treasury MNUCHIN's salary in the amount of $24,051.00 is contemplated and is the result of the misconstruction of the attached Refusals for Cause as administrative appeal, a bonded judiciary to oversee the misdeeds in the administrative process does not exist. The amount of $24,051.00 is simply refund of withholdings held on account by the State Department of Revenue.

There are so many "judges" with deviant oaths of office that it smacks of criminal syndicalism and so honoring the rules might help to rectify the situation before the American people decide this is widespread criminal collusion tantamount to syndicalism. Should the State Revenue Department continue in dishonor by keeping Charles Randall's funds in disregard of the law the clerk of court is to issue summons and process of attachment and garnishment against Steven Terner MNUCHIN as Secretary of the Treasury. -Garnishment in the amount of $24,051.00. Attached and fully integrated into this Notice of Foreign Judgment please find plenty of evidence submitted by Attachment should Steven Terner MNUCHIN require an E(4)(f) hearing.

Forty-seven United States Dollars ($47) cash, US notes in the form of Federal Reserve notes redeemed in Lawful Money by demand in accord with United States Code Title 12 and Section 411, are included with this initial filing. Albeit striking a chord in the spiritual and appealing to moral character changing traditional English, *"So help me God."* to *"SO HELP ME GOD."* has nothing to do with God or religion. Any trained attorney altering his or her oath of office before signing it is committing fraud and allowing this to continue so is an egregious breach of trust. Summary judgment is inherent and the evidence is attached and fully integrated.

*Redeemed Lawful Money Pursuant to 12 USC §411* Charles Randall

Charles Randall- Trustee of the Resulting Trust
c/o 7423 Frontier Trail
Chanhassen, Minnesota.

Subscribed and sworn to (or affirmed) before me on this 19th day of June 2017, by Charles Randall, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Witness my hand and official seal.

[Notary Seal: CAROL BRINKMAN, Notary Public, State of Minnesota, My Commission Expires January 31, 2020]

Carol Marie Brinkman
Notary Public

My Commission expires  1/31/2020  .