BACK    **OFFICE OF** THE MINNESOTA
SECRETARY OF STATE **STEVE SIMON**

**Public Links**
Welcome
Find a Notary
**Existing Notaries**
Login
Renew Your Commission
Change Name Or
Address

### CAROL BRINKMAN

| | |
|---|---|
| **Status:** | Active |
| **Commission #:** | 6073962 |
| **Expires :** | 1/31/2020 |

**Residential Address**

| | |
|---|---|
| Address1: | PO BOX 338 |
| City: | HAMEL |
| County: | HENNEPIN |
| State: | MN |
| Zip: | 55340 |
| Phone: | (612) 558-8500 |

**Additional Info**

| | |
|---|---|
| Original Commission | 9/23/1983 |
| Expired | 1/31/1995 |
| Re-Activated | 4/10/1996 |
| Renewed | 11/13/1999 |
| Renewed | 1/27/2005 |
| Expired | 2/9/2010 |
| Re-Activated | 2/16/2010 |
| Renewed | 9/12/2014 |

SCANNED

JUN 2 0 2017

U.S. DISTRICT COURT ST. PAUL

## Table of Attachments

1) Summary Judgment inherent in deviant oaths:

    a) Appointment Affidavit for Lavenski R. SMITH as chief "justice" for the 8th Circuit Court of Appeals
    b) Lavenski R. SMITH oath of office Refused for Cause
    c) Appointment Affidavit for John R. TUNHEIM as chief "judge" for the Minnesota USDC
    d) John R. TUNHEIM oath of office Refused for Cause
    e) Timothy M. BURGESS oath of office Refused for Cause exemplifying culpability by redacting his signature before publication on PACER

2) Evidence of History redeeming lawful money by demand

    a) Demand dated 1/15/2013
    b) Demand dated 12/31/2013
    c) Demand dated 1/15/2014
    d) Demand dated 6/15/2015
    e) Demand dated 12/16/2016

3) Five correspondences between Charles Randall and the Minnesota Department of Revenue in chronological order:

    a) Revenue Assessment Letter 4/18/17
    b) Refusal to Accept letter 5/15/17
    c) Notice of Determination on Appeal 6/2/17
    d) Rebuttal and Explanation early June - undated (copied to TIGTA)
    e) Department of Revenue Response 6/12/17

4) Correspondence with TIGTA

    a) Cover letter to TIGTA on the state return dated 3/13/2017
    b) Response from TIGTA dated 5/17/17

5) Copies of bills - $47 total; front and back.

When this Certificate is published on PACER I will mail the .pdf file as NOTICE to:

Steven Terner MNUCHIN -
US Governor for the IMF
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia.
                    20220

Minnesota Department of Revenue
Attn: Gail DARLING; Director
600 N. Robert St.
St. Paul, Minnesota. 55101

President of the United States
Donald John TRUMP
1600 Pennsylvania Avenue NW
city of Washington, District of Columbia.
                    20500

Office of the Treasury Inspector General for Tax Administration (TIGTA)
Attention: Inspector General J Russell GEORGE
City Center Building
1401 H Street, NW Suite 469
Washington, D.C., 20005

Revised June 1988
U.S. Office of Personnel Management
FPM Chapter 296
#1-105

# APPOINTMENT AFFIDAVITS

U.S. Circuit Judge
_(Position to which appointed)_

July 19, 2002
_(Date of appointment)_

United States Court of Appeals   8th Circuit
_(Department or agency)_   _(Bureau or Division)_

Little Rock, Arkansas
_(Place of employment)_

I, Lavenski R. Smith _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_(Signature of appointee)_

Subscribed and sworn (or affirmed) before me this 19th day of July, 2002

at Little Rock
_(City)_

Arkansas
_(State)_

[SEAL]

_(Signature of officer)_

UNITED STATES CIRCUIT JUDGE
_(Title)_

Commission expires _____
(If by a Notary Public, the date of expiration of his/her Commission should be shown)

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

NSN 7540-00-634-4015   GPO : 1993 O – 253-025   Prior Edition Usable

**OATH OF OFFICE FOR UNITED STATES JUDGES**
(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Lavenski R. Smith, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States Circuit Judge, according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States; and that I will support and defend the constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

Subscribed and sworn to (or affirmed) before me this ___19___ day of ___July___ 2002.

UNITED STATES CIRCUIT JUDGE
EIGHTH CIRCUIT COURT OF APPEALS

FOIA EXEMPTION (b)(6)

Actual Abode ████████
Official Station Little Rock, Arkansas
Date of Birth   10/31/58
Date of entry on duty   07/19/02

08/16/01   16:13   ☎                                              @003

STANDARD FORM 61
REVISED SEPTEMBER 1978
U.S. CIVIL SERVICE COMMISSION
F.P.M. CHAPTER 296
61—107

O.M.B. APPROVAL NO. 50-R0014

# APPOINTMENT AFFIDAVITS

United States District Judge
for the District of Minnesota              December 29, 1995
_(Position to which appointed)_                  _(Date of appointment)_

United States Courts                    Minneapolis, Minnesota
_(Department or agency)_      _(Bureau or division)_       _(Place of employment)_

I, ___JOHN R. TUNHEIM___ , do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_(Signature of appointee)_

Subscribed and sworn (or affirmed) before me this __29__ day of __December__ , A.D. 19 __95__

at ___St. Paul___                     ___Minnesota___
_(City)_                                      _(State)_

[SEAL]

_(Signature of officer)_

Commission expires_____          Chief U.S. District Judge
[If by a Notary Public, the date of expiration        _(Title)_
of his Commission should be shown]

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

... of the record in my custody

CERTIFIED __1/3__  19 __96__
Francis E. Dosal, Clerk

By: _____
Deputy Clerk

HRD/SMP

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Tide 28, Sec. 453 and Tide 5, Sec. 3331, United States Code)

I, JOHN R. TUNHEIM ...................................................... do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as .UNITED STATES DISTRICT JUDGE. under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So Help Me God.

*John R. Tunheim*

Subscribed and sworn to (or affirmed) before me this ....29TH........... day of ....DECEMBER...................., 19 95.

FOIA EXEMPTION (b)(6)

Actual abode ██████████████████████████████

Official station* .Minneapolis, Minnesota......

Date of birth .....██████/53............

Date of entry on duty .12/29/95...

*Title 28, sec. 456 United States Code, as amended.

A true copy in ..1.... sheet(s)
of the record in my custody.

CERTIFIED ..1/3.... 19.96.

Francis E. Dosal, Clerk

By: ................................
Deputy Clerk

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Timothy M. Burgess, . . . . . . . . . . . . . . . . . . . . . . . . . . . , do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge . . . . . . under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So Help Me God.

Redacted Signature
Timothy M. Burgess

Subscribed and sworn to (or affirmed) before me this ..23rd.. . . . . . . . . . . . . . . . . day
of January . . . . . . . . . . . . . . . . . . . . . . . . . . . , 19 2006.

HA EXEMPTION b6

Redacted Signature
John A. Sedwick
United States District Judge . . . . . . . . . . .

Actual abode⁰ ▮▮▮▮▮▮▮▮▮▮▮ . . . . . . . . . . . . . . . . . . . . . . . . .

Official station⁰ Anchorage . . . . . . . . . . . . . . . . . . . . . .

Date of birth . . . Redacted . . . . . . . . . . . . . . . . . . . . .

Date of entry on duty . . . 1/23/06 . . . . . . . . . .

*Title 28, sec. 456 United States Code, as amended.

▲ DELTA

**Payroll Account**

THIS DOCUMENT HAS A COLORED BACKGROUND

56-593
422

Date: 07/15/2013

CHECK # 400041871

Not Valid After 6 Months

Amount 6960.41

Pay to the order of     SORENSEN, CHARLES R

SIX THOUSAND NINE HUNDRED SIXTY DOLLARS AND 41 CENTS

Delta Air Lines, Inc.
Post Office Box 20706
Atlanta, Georgia 30320-6001

U. S. Bank, Mississauga, Ohio

⑈400041871⑈ ⑊044205038⑊ 130109175542⑈

Redeemed in lawful money pursuant to 12 USC 411
Charles Sorensen d/b/a CHARLES SORENSEN

Charles R Sorensen

**Payroll Account**

**△DELTA**

54-511
422

THIS DOCUMENT HAS A COLORED BACKGROUND

Date: 12/31/2013

CHECK #   400044570

Not Valid After 6 Months

Amount   5221.62

Pay to the order of    SORENSEN,CHARLES R

FIVE THOUSAND TWO HUNDRED TWENTY ONE DOLLARS AND 42 CENTS

Delta Air Lines, Inc.
Post Office Box 20706
Atlanta, Georgia 30320-6001

U. S. Bank, Mississauga, Ohio

⑈400044570⑈ ⑆0422050038⑆ ⑈3010917554 2⑈

**Payroll Account**

▲ DELTA

THIS DOCUMENT HAS A COLORED BACKGROUND

Date: 01/15/2014

CHECK #   400045593

56-533
422

Pay to the order of   SORENSEN, CHARLES R

Not Valid After 6 Months

Amount   4530.31

FOUR THOUSAND FIVE HUNDRED THIRTY DOLLARS AND 31 CENTS

Delta Air Lines, Inc.
Post Office Box 20706
Atlanta, Georgia 30320-6001

U. S. Bank, Miamisburg, Ohio

⑈400045593⑈  ⑈042205038⑈  130109 17554 2⑈

Reproduced in identical memory purchased in 12 USC 411
Charles Sorensen state CHARLES SORENSEN

**Payroll Account**

▲ DELTA

*THIS DOCUMENT HAS A COLORED BACKGROUND*

56-513
422

Date:   06/15/2015

Pay to the order of   SORENSEN,CHARLES R

CHECK #   400054586

Not Valid After 6 Months

Amount   6182.07

SIX THOUSAND ONE HUNDRED EIGHTY TWO DOLLARS AND 07 CENTS

Delta Air Lines, Inc.
Post Office Box 20706
Atlanta, Georgia 30320-6001

U. S. Bank, Missisburg, Ohio

⑈400054586⑈ ⑆042205038⑆ ⑈3010917554 2⑈

FMD

Redeemed in lawful money pursuant to 12 USC 411
Charles Sorensen d/b/a CHARLES SORENSEN

Charles Sorensen

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Redeemed in lawful money pursuant to 12 USC 411
Charles Sorensen d/b/a CHARLES SORENSEN

*Charles Sorensen*

**Payroll Account**

THIS DOCUMENT HAS A COLORED BACKGROUND

▲DELTA

56-593
422

Date:  12/16/2016

CHECK #   400065171

Not Valid After 6 Months

Amount      33753.47

Pay to the order of    SORENSEN,CHARLES R

THIRTY THREE THOUSAND SEVEN HUNDRED FIFTY THREE DOLLARS AND 47 CENTS

Delta Air Lines, Inc.
Post Office Box 20706
Atlanta, Georgia 30320-6001

U. S. Bank, Miamisburg, Ohio

⑈400065171⑈ ⑇042205038⑈ ⑈30409175542⑈



# MINNESOTA·REVENUE

April 18, 2017             ID:     XXX-XX-3343
                           Letter ID:     L0053755200

#BWBBMRR
#0000 0005 3755 2002#
CHARLES R SORENSEN
7423 FRONTIER TRL
CHANHASSEN MN  55317-9724

## Notice of Change to your Individual Income Tax
### Order of the Commissioner of Revenue

| Date of Notice: | 04/18/2017 | For tax year | 12/31/2016 |
|---|---|---|---|

We have adjusted your Minnesota Income Tax Return for the tax year shown above. The corrected figures are listed below.  Any additional amount owed must be paid within 60 days of this notice or by the due date of the return, whichever is later.  Failure to do so will result in a late payment penalty and additional interest. For a detailed explanation of the adjustments to your return, please see page 2.

| | |
|---|---|
| Federal taxable income | $506,075.00 |
| State income tax or sales tax addition | $5,594.00 |
| Other additions to income | $0.00 |
| Subtotal | $511,669.00 |
| Subtractions from income | $0.00 |
| Minnesota taxable income | $511,669.00 |
| Tax | $46,907.00 |
| Less credits against tax | $0.00 |
| Plus nongame wildlife contribution | $0.00 |
| Total tax | $46,907.00 |
| Minnesota income tax withheld | $24,051.00 |
| Minnesota estimated tax | $0.00 |
| Individual refundable credits | $0.00 |
| Total credits | ($24,051.00) |
| Tax minus credits | $22,856.00 |
| Amount you owe | $22,856.00 |

If you have any questions about this notice, you may call us at 651-205-4316 or toll-free at 1-800-657-3759.

April 18, 2017
Page 2

ID: XXX-XX-3343
Letter ID:  L0053755200

This page explains the adjustments made to your return.

Your income tax return is adjusted based on available information. The deduction taken on line 21 of the Federal 1040 has been denied.

The amount reported as federal taxable income on Form M1 has been adjusted to allow the correct amount for itemized deductions.

The exemption amount claimed on your federal income tax return has been adjusted based on available information.

If you continue to file Minnesota income tax returns which the department considers frivolous, a $1000 frivolous return penalty will be imposed for each return filed (Minnesota Statute §289A.60(7)).

*Gail L. Darling*

Gail Darling, Director
Income Tax and Withholding Div



# MINNESOTA·REVENUE
## YOUR APPEAL RIGHTS – FILING AN APPEAL

**If a payment is required and you agree with the information** on this Tax Order, please see the payment instructions included with the Order.

**If you are entitled to a refund,** this Order serves as notification of the amount we owe you. The amount of your refund can be applied by the Commissioner of Revenue to any other uncontested delinquent Minnesota taxes you owe; any debts you owe another state or county agency; any criminal fines or restitution you owe; or any delinquent child support payments you owe.

**If you disagree with this Order,** either in whole or in part, you have 60 days from the date of the Order to appeal to the Department of Revenue or the Minnesota Tax Court. Information provided below may be used to assist you. Always refer to applicable Minnesota Statutes and Rules as primary legal authority governing your appeal rights.

**If you decide to appeal** to the Department of Revenue, please submit a letter of appeal and include a copy of this Order. The appeal should include your name, address, and Social Security number; the type of tax, tax years or periods involved and the amount of tax involved for each period; the findings in the Order that you dispute; a summary statement that you rely on for each exception; the date of your appeal; and your signature or signature of your duly authorized agent. Also include any information or documentation to support your appeal, and mail it to **Minnesota Department of Revenue, Mail Station 2220, St. Paul, MN 55146-2220.** During the time of your appeal, interest will accumulate on any unpaid tax determined to be due.

If you need more time to prepare your appeal, you may request a 30-day extension by writing to this same address. If you want an informal conference with a representative of the department, make this request in your appeal. If this order imposes a penalty other than a penalty for late payment of tax or late filing of a return and it is the only item on this order, then you must appeal the order directly to Minnesota Tax Court. If you appeal to the department and your appeal is denied in whole or in part, you will have an additional 60 days to appeal that denial to Tax Court.

If another person who is acting on your behalf prepares your appeal, attach Form REV-184, *Power of Attorney.* The form is available on our website at www.revenue.state.mn.us or you may request a copy by writing to Minnesota Tax Forms, Mail Station 1421, St. Paul, MN 55146-1421. The person preparing your appeal must sign the appeal.

**If you decide to appeal to the tax court,** you may choose to have your case heard in the Regular Division or appeal to the less formal Small Claims Division (if the total tax, penalty and interest in dispute do not exceed $5000). All decisions in the Small Claims Division are final. Neither you nor the department may appeal the decision. If your claim for refund has been denied in whole or in part, you may file an action in Minnesota District Court. This action must be brought within 18 months of the date of the denial of the claim by the commissioner. Tax Court appeal forms are available on the web at http://mn.gov/tax-court/ or from the Minnesota Tax Court, 245 Minnesota Judicial Center, 25 Rev. Dr. Martin Luther King Boulevard, St. Paul, MN 55155, or at the office of the Clerk of District Court in your county. Submit a copy of this Order when filing your appeal with the tax court.

**If you are charged a penalty** on the Order for late payment of tax or late filing of a tax return but you believe you have reasonable cause for failing to comply with the tax laws, you may be eligible for a penalty abatement. Provide us with a detailed explanation of why you believe reasonable cause exists. We encourage you to include payment for the tax and interest because interest continues to accrue until we advise you of our decision on the penalty. Also, if you received incorrect written advice from a Revenue employee and your penalty is a direct result of that advice, we must cancel your penalty. However, canceling a penalty does not reduce the amount of additional tax or interest you owe. If your request for abatement is denied, you will have 60 days after the date of the denial to appeal.

**If you pay the assessment,** you may file a claim for refund on Minnesota Form M1X if you later conclude that you have paid more tax than legally due. It must be filed no more than 3-1/2 years after the due date of your original return or one year after the date of this tax order, whichever is later. If the claim is filed more than 3-1/2 years after the due date of the original return, the refund amount cannot exceed the tax and/or penalty assessed by this tax order and is limited to the issues in this order.

# MINNESOTA · REVENUE

April 18, 2017                                          ID:       XXX-XX-3343
                                                  Letter ID:     L0053755200

CHARLES R SORENSEN
7423 FRONTIER TRL
CHANHASSEN MN 55317-9724

**Date of Notice:**     04/18/2017          **For tax year ending:**     12/31/2016

## Appeal of the Changes to your Individual Income Tax

If you disagree with the changes to your Individual Income Tax Return, please explain below. If you
need more space, attach additional sheets.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Taxpayer:** I declare that this appeal is true, correct, and complete to the best of my knowledge and
belief.
**Preparer:** I declare that I prepared this appeal and that it (and any accompanying schedules) is true,
correct, and complete to the best of my knowledge and belief.

| Your signature | Spouse's signature (if joint return) | Date | Daytime phone |
|---|---|---|---|
| | | | ( ) |
| Preparer's signature (if other than taxpayer.) | MN ID or Soc Sec No. | Date | Daytime phone |
| | | | ( ) |

**Mail to: Minnesota Department of Revenue, Mail Station 2220, St. Paul, MN 55146-2220**



| Payment Instructions |
|---|

**Electronically**
- Please visit our website at www.revenue.state.mn.us and select the correct option from the e-Services menu.
- If you do not have Internet access or prefer to make your payment electronically by phone, call 1-800-570-3329.

*When paying electronically, you must use an account not associated with a foreign bank.*

**Check or money order**
- Make your check or money order payable to Minnesota Revenue.
- Write the last four digits of your social security number on the check or money order.
- Mail your check or money order with the voucher below to the address on the voucher.

*Your check authorizes us to make a one-time electronic funds transfer from your account. You may not receive your cancelled check.*

**Payment agreement**
- Contact the Collection Division at 651-556-3003, from outside the metro area at 1-800-657-3909, or by email at mdor.collection@state.mn.us.*Please have your bank account and routing numbers available when calling to negotiate a payment agreement.*

  The decision to grant payment terms will be based on your financial situation. If the department accepts a payment agreement, your payments will be processed using electronic funds transfer (EFT), which automatically transfers payments from your financial institution to the department.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Cut carefully along this line to detach.
Your check authorizes us to make a one-time electronic fund transfer from your account.

# ⌐ MINNESOTA · REVENUE                                          ⌐

**Individual Income Tax Minnesota Tax Bill**           ID:                    XXX-XX-3343
CHARLES SORENSEN                                 Filing Period:           12/31/16
Letter ID: L0053755200

                                                 Amount Due:            $22,856.00

Make check payable to:
Minnesota Revenue
PO Box 64649, Saint Paul, MN 55164-0649                Amount of Check: _____

0010400501315414944800123116100041899468820000000000000000000000001

# Charles Randall Sorensen

7423 Frontier Trail

Chanhassen, Minnesota

---

May 15, 2017

To:     Gail L. Darling, Director

        Income Tax and Withholding Division

        Minnesota Revenue

        600 N. Robert St.

        St. Paul, MN 55101

Re:     Letter ID L0053755200; Notice of Change to your Individual Income Tax for tax year 12/31/2016

Greetings Ms. Darling,

Thank you for taking the time to write me concerning your claim identified by Letter L0053755200 on April 18, 2017. However, I must refuse to accept your claim for the following causes; and, furthermore I believe a presumption or presumptuous mistake has occurred.

Your letter seems to indicate that there may be tax obligations due or owing to the State or the IRS for tax year 2016; however, per the correspondence with the IRS, attached hereto and made a part hereof, the IRS has acknowledged that my tax return is valid and without any obligation due or owing.  As such, I cannot understand or comprehend how it is that you and/or your office relates that I have a tax obligation to the State?  If the IRS deems there is no tax obligation, I cannot comprehend how it is that the State can declare a tax obligation exists.  As I said it "seems" that your recent Letter indicates that I am with some sort of burden or obligation to pay some tax of which I believe a faulty presumption exists and or a mistake.

I have received my entire refund for Federal income tax withheld for tax year 12/31/2016 as evidenced by the attached checks.  Both checks add up to the amount of $123,370 United States dollars. This is exactly the amount that I stated on the 2016 form 1040 that I overpaid. Clearly, the IRS has agreed with me that I had no taxable income for the tax year 2016. There is no state obligation if there is no federal obligation.

As such, kindly issue the refund due to me by MINNESOTA REVENUE for the outstanding balance of $24,051 United States dollars to the mailing address listed above.  As always, thank you for your service to our community.

Demand is made for Lawful Money of the United States in accord with United States Code Title 12 Section 411 and with all rights reserved in law:

*Charles Randall Sorensen*

Charles Randall Sorensen

enclosures:

2016 Form 1040, U.S. Individual Income Tax Return, pp1,2,

2016 M1, MINNESOTA REVENUE Individual Income Tax form, pp 1-3,

United States Treasury Refund Check for $123,313.03 dated 4/28/2017 for tax year 2016,

United States Treasury Refund Check for $56.98 dated 5/5/17 for tax year 2014

# MINNESOTA · REVENUE

June 1, 2017                                     ID:        XXX-XX-3343
                                        Letter ID:    L0221961536

CHARLES R SORENSEN
7423 FRONTIER TRL
CHANHASSEN MN  55317-9724

# Notice of Determination on Appeal
### Notice Date:  June 2, 2017
### Tax Type: Individual Income Tax

This Notice is issued pursuant to Minnesota Statutes Section 270C.35, Subd. 8 and is an Official Order of the Commissioner of Revenue. The change in tax, penalty, and interest stated in this Notice results from the review of your administrative appeal of a prior notice. The changes are explained on the attached schedule(s).

This Notice supersedes the prior Notice from which you appealed.

| Period | Tax | Penalty | Interest | Other | Credit | Total |
|--------|-----|---------|----------|-------|--------|-------|
| 12/31/2016 | $22,856.00 | $0.00 | $112.71 | $0.00 | $0.00 | $22,968.71 |

Net change from above or attached schedule                             $22,968.71
Amount refunded on prior Notice                                              $0.00
Less: Amount of prepayment against this assessment                           $0.00

AMOUNT DUE                                                              $22,968.71

COMMISSIONER OF REVENUE

By:  _Loretta M. Nunn_

Loretta Nunn, Supervisor
Appeals and Legal Services Division
JKH

IF YOU AGREE WITH THIS DETERMINATION; you must pay the full amount due within 60 days of the notice date. Otherwise, you will also owe a late payment penalty and additional interest. Please use the attached payment voucher.
IF YOU DISAGREE WITH THIS DETERMINATION; please see explanation of further Appeal Rights.

June 1, 2017                                          ID:  XXX-XX-3343
Page 2                                       Letter ID:   L0221961536

# You have the right to appeal these changes

If you disagree with the changes on this notice, you may appeal to the Minnesota Tax Court. You have 60 days from the notice date to appeal to the tax court.

If the changes are for a claim for refund, you may appeal to either the Minnesota Tax Court within 60 days from the notice date or to the District Court within 18 months of the notice date.

If you appeal to the tax court, you may choose to have your case heard in the Regular Division, or if the total tax, penalty, and interest in dispute does not exceed $5,000, you may choose to appeal to the less formal Small Claims Division of the Minnesota Tax Court

All decisions in the Small Claims Division are final. Neither you nor the department may appeal the decision.

You will need to submit a copy of this notice when filing your appeal with the tax court.

Forms to file an appeal are available from:
Minnesota Tax Court
Minnesota Judicial Center, Suite 245
25 Rev. Dr. Martin Luther King, Jr., Boulevard
St. Paul, MN 55155

Forms are also available from the District Court Clerk in your County or online at http://mn.gov/tax-court/.

**Right to pay and file for a refund**

If the changes on this notice are for an additional amount due, you can file a written claim for refund within 3-1/2 years from the date the tax return was due or one year from the date of this notice determining an appeal whichever is later, provided that you have paid in full the amount shown. The refund claim must identify the taxpayer, the type of tax paid, the period for which the tax was paid, the amount of the overpayment and the grounds on which the refund is being claimed.

# Explanation/Schedule of adjustments

We reviewed and considered the administrative appeal (the "Appeal") of the Order of the Commissioner of Revenue (the "Order") dated April 18, 2017.  Our determination is based on available information and applicable law(s).

Facts

The Minnesota Department of Revenue (the "Department") received your state individual income tax return on March 17, 2017.  You included a copy of your federal individual income tax return.  The Minnesota reported federal taxable income of negative $207,007, and Minnesota taxable income of zero. As a result, you requested a refund of the entire state income tax withheld from your wages in the amount of $24, 051.

On your federal individual income tax return you reported wages of $454,483, taxable pension of $64,736, and other income of negative $686,508, resulting in federal adjusted gross income of negative $167,289.  You included a supplemental page detailing the Other Income as "Demand Lawful Money" per 12 USC § 411.

The Department reviewed the return and removed the negative Other Income amount, limited your itemized deductions, and adjusted the Minnesota state income tax or sales tax addition.  As a result, the Department's Order assessed additional tax of $22,856.

Appeal

The Appeal asserted that because Internal Revenue Service "agreed with me that I had no taxable income for the tax year 2016.  There is no obligation if there is no federal obligation."  In addition, the Appeal referenced the Demand for Lawful Money per 12 USC § 411.

Law and Analysis

Under M.S. § 270C.33, subd. 6, a return or assessment of tax made by the commissioner is prima facie correct and valid, and the taxpayer has the burden of proving its incorrectness or invalidity.

Here, the Department correctly disallowed the Demand for Lawful Money deduction claimed on line 21 of the federal 1040. This position is a similar tax argument that has been deemed a frivolous tax position in both federal and Minnesota court. In the U.S Court of Appeals, Eighth Circuit ruling in *U.S. v. Rifen*, 577 F.2d 1111 (8th Cir. 1978), the court stated, "Congress has declared federal reserve notes legal tender...and federal reserve notes are taxable dollars." See also *U.S. v. Condo*, 741 F.2d 238, 239 (9tj Cir. 1984), cert. denied, 469 U.S. 1164 (1985); *Walquist v. Commissioner of Revenue*, 08890-R, Minn. Tax Court (05/11/2016).

In addition, the fact that the IRS processed your federal return and issued a refund does not control whether the Department can assess tax. The commissioner is not bound by an incorrect calculation of federal taxable income, even if it results from the failure of the Internal Revenue Service to audit or adjust, and the commissioner may adjust a taxpayer's gross income. *Specktor et al. v. Comm'r*, 308 N.W.2d 806 (Minn. Sup. Ct. 07/31/1981). The Minnesota Supreme Court noted in its opinion

> We rejected the argument that federal adjusted gross income was conclusive, observing that such an approach would nullify several state statutes which give the Commissioner of Revenue authority to examine tax returns and make assessments if deficiencies are found. Moreover, if federal gross income was controlling, state tax authorities would be powerless to correct the taxpayer's return if the federal adjusted gross income were the result of a mistake or fraud. *Weed v. Comm'r of Revenue*, 550 N.W.2d 285, 289 (Minn. 1996)(internal citations omitted).

Please be advised that your return, as filed, could be considered a frivolous return, and subject to civil or criminal penalties. In the event that you advance these types of arguments in subsequent filings, the frivolous return penalty under M.S. § 289A.60, subd. 7 may be imposed, as well as other civil or criminal penalties.

Determination

Based on the preceding, your appeal is respectfully denied in full.

**DEPARTMENT OF REVENUE**

## 2016 M1, *Minnesota Individual Income Tax Return*

### Audit Schedule of Adjustments

| CHARLES R SORENSEN XXX-XX-3343 | Filing Status As Reported: | Married Filing Separate |
| | Filing Status As Adjusted: | Married Filing Separate |

| | As Adjusted | Net Change |
|---|---|---|
| **FEDERAL ADJUSTMENTS** | | |
| Wages, salaries, tips etc. | $454,483 | $0 |
| Taxable pensions and annuities | $64,736 | $0 |
| Other income | $0 | $686,508 |
| **Federal Adjusted Gross Income** | $519,219 | $519,219 |
| Standard or Itemized deductions | ($13,144) | ($13,144) |
| **Federal Taxable Income** | $506,075 | $506,075 |
| **MINNESOTA ADJUSTMENTS** | | |
| Federal taxable income | $506,075 | $713,081 |
| + State income tax or sales tax | $5,594 | $0 |
| Minnesota taxable income | $511,669 | $511,669 |
| Regular tax | $46,907 | $46,907 |
| Total tax | $46,907 | $46,907 |
| MN income tax withheld | ($24,051) | $0 |
| **Amount due (refund)** | $22,856 | $22,856 |
| Interest | | $112.71 |
| **Additional Balance Due or (Overpayment)** | | $22,968.71 |

Examiner: Jonathan Haugen

**m1** DEPARTMENT
OF REVENUE

## Adjustment Schedule: Federal Schedule A, *Itemized Deductions*

Period: 2016
CHARLES R SORENSEN   XXX-XX-3343

| | As Reported | As Adjusted | Net Change |
|---|---|---|---|
| **Medical and Dental Expenses** | | | |
| Medical and dental expenses | $931 | $931 | $0 |
| Enter Federal adjusted gross income | ($167,289) | $519,219 | $686,508 |
| Multiply FAGI by 10%; if you (or spouse) are Age | ($12,547) | $38,941 | $51,488 |
| Total Allowed Medical and Dental Expenses | $11,616 | $0 | ($11,616) |
| **Taxes You Paid** | | | |
| State and local taxes | $24,051 | $24,051 | $0 |
| Real estate taxes | $0 | $0 | $0 |
| Personal property taxes | $0 | $0 | $0 |
| Other taxes | $0 | $0 | $0 |
| Total Taxes You Paid | $24,051 | $24,051 | $0 |
| **Interest You Paid** | | | |
| Home mortgage int & points reported on Form 1098 | $0 | $0 | $0 |
| Home mortgage int not reported on Form 1098 | $0 | $0 | $0 |
| Points not reported on Form 1098 | $0 | $0 | $0 |
| Qualified mortgage insurance premiums | $0 | $0 | $0 |
| Investment interest | $0 | $0 | $0 |
| Total Interest You Paid | $0 | $0 | $0 |
| **Gifts to Charity** | | | |
| Gifts by cash or check | $0 | $0 | $0 |
| Other than by cash or check | $0 | $0 | $0 |
| Carryover from prior year | $0 | $0 | $0 |
| Total Gifts to Charity | $0 | $0 | $0 |
| **Casualty and Theft Loss** | | | |
| Total Casualty and Theft Loss | $0 | $0 | $0 |
| **Job Expenses and Certain Misc Deductions** | | | |
| Unreimbursed employee expenses from Form 2106 | $1,807 | $1,807 | $0 |
| Other Unreimbursed employee expenses | $0 | $0 | $0 |
| Tax preparation fees | $0 | $0 | $0 |
| Other expenses | $0 | $0 | $0 |
| Total expenses | $1,807 | $1,807 | $0 |
| Enter Federal adjusted gross income | ($167,289) | $519,219 | $686,508 |
| Multiply Federal adjusted gross income by 2% | $3,346 | $10,384 | $7,038 |
| Total Job Expenses and Certain Misc Deductions | $0 | $0 | $0 |
| **Other Miscellaneous Deductions** | | | |
| Total Other Miscellaneous Deductions | $0 | $0 | $0 |
| **Total Itemized Deductions** | | | |
| Allowable Itemized Deductions | $35,667 | $13,144 | ($22,523) |

*Your Schedule A, Itemized Deductions are limited - Please see the Federal Schedule A, Limitation Amount Worksheet*

**m1** DEPARTMENT OF REVENUE

## Adjustment Schedule: Federal Schedule A, *Limitation Amount Worksheet*

Period: 2016
CHARLES R SORENSEN   XXX-XX-3343

|  | As Adjusted* |
|---|---|
| A. Total Itemized Deductions | $24,051 |
| B. Total Medical, Investment Interest, Casualty/Theft Losses & Gambling Losses | $0 |
| C. Subtract B from A (If zero or less, enter zero) | $24,051 |
| D. Multiply C by 80% (.80) | $19,241 |
| E. Federal adjusted gross income | $519,219 |
| F. Enter amount for your filing status | $155,650 |
| G. Subtract F from E (If zero or less, enter zero) | $363,569 |
| H. Multiply G by 3% (.03) | $10,907 |
| I. Enter smaller of D or H | $10,907 |
| J. Allowable Itemized Deductions: Subtract I from A | $13,144 |

*The amounts shown on this Adjustment Schedule are "As Adjusted."*

**To:**   **MINNESOTA REVENUE SERVICE**        **IN THE MATTER OF**
600 N. Robert Street                CHARLES RANDALL SORENSEN (ID# 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)
St. Paul, MN 55101                Notice: Letter ID L0221961536
ATTN: COMMISSIONER, and  Agent(s) ("you" or "your")

Dear Loretta M. Nunn and Jonathan Haugen,

In reference to the Notice Letter ID L0221961536 (hereinafter "Notice"), thank you for taking the time to write concerning your Notice; however, **I cannot accept your Claims reflected in said Notice and I believe, that a presumptuous mistake has occurred.**  On this the the 6th day of June, 2017, I endeavor with this communication to rebut false presumptions, in your Notice, that you may have made in regard to the account in CHARLES RANDALL SORENSEN - account number 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 (hereinafter "Account").  As such, to be clear, your Notice is refused for the following causes:

It appears to my comprehension that a presumption exists that you believe that a free will choice has been made on my part to endorse and/or understand and/or accommodate the Federal Reserve central banking scheme (hereinafter "FRS").  If you are claiming a trust relationship, and it appears that you are, as you relate that I must prove my innocence, then you must prove a trust relationship exists whereupon property or "Rights of Use" was or were transferred upon CHARLES RANDALL SORENSEN.  Nevertheless, I, charles randall sorensen have specifically disclaimed by express signature the "Estate of the Taxpayer" by and thru the following disclaimer in accord with United States Law as follows:  **"Demand is made for lawful money per 12 U.S.C. 411."**

According to your Notice, it appears that you believe that I have consented to understand, accommodate or be trustee of the property contemplated within the FRS scheme.  If I had endorsed the FRS, then you would be correct in assuming that I as Grantee of the benefit and therefore Trustee would have obligations.  However, I have provided ample evidence to the contrary and I have further kept a record of all transactions which you may review by visiting my evidence repository found at:  **http://tinyurl.com/hbld6kf** .  Not that I must prove myself innocent, because I am not a trustee for the central banking system; however, now the question arises, and rightfully so, what am I doing and  I am glad you asked.

Said Notice implies that a presumption of a burden or obligation  for what appears to be the year 2016; and, so that the bookkeepers for the INTERNAL REVENUE SERVICE and/or MINNESOTA REVENUE can adequately balance their books in the near future or at least for the year 2016, I have been making a "demand for lawful money per *Title 12 U.S.C. §411*" in and for [the] CHARLES RANDALL SORENSEN with **the express intent to remain without the Federal Reserve Districts** and to handle Lawful Money of the United States; and, without attempting to teach you law but as a benefit to your office, you may find a copy of *Title 12 U.S.C. §411 in my evidence repository aforementioned*; and, as a benefit to you and your office, I point you to the fact that the words expressed declare that "They [Federal Reserve Notes] shall be redeemed in Lawful Money on demand.....";  and, per the foregoing it is my express intent to only handle Lawful Money; and, *Title 12 U.S.C. §411* does not respect persons or and does not respect the status of persons in agreement with the Word of  Jehovah; and, furthermore the manner in which the demand is required to be made is not expressed in said *Title 12 U.S.C. §411*, attached hereto and made a part hereof; and, understand that I issue this writing by my own hand and free will act not to be in repugnance or rebellion to the taxing system or to propound some sort of argument that is a willful act of either breach of contract or breach of trust, but I make this written issue to help you comprehend the nature of my actions and to keep your office from fraud;

> *"The presumption that I am operating as a Federal Reserve bank and/or involved with private credit thereof is erroneous; and, the subjection to Special Drawing Rights (Paper Gold) is one thing, but presuming endorsement of fractional lending practiced outside the scope of Lawful Money is unlawful and such presumption is defeated and revoked by law herein, See Title 12 U.S.C. §411; I am and always would have exercised the right(s) to handle Lawful Money had the option ever been presented in good faith."*

The hereinbefore looks to a time when I reached the age of majority; and, I have carefully read your Notice; and further, I have carefully read THE TRUTH ABOUT FRIVOLOUS TAX ARGUMENTS, March 2014, with special care especially page 15 under header "3.  Federal Reserve Notes are not income - The Law - US v Rifen" and I cannot find that demanding Lawful Money is a "Frivolous Argument"; however, I do find that the use of Federal Reserve notes are taxable and that is in complete harmony with this rebuttal; and also, Beard v. Commissioner wherein Beard made an incorrect argument based on EQUAL EXCHANGE theory; however, according to 12 U.S.C. §411, Federal Reserve Notes can be redeemed on demand in Lawful Money; and, therefore, it follows by logic that Federal Reserve Notes are not Lawful Money; and, it comes down to this simple principle, **what is my intent**; and, it is my express intent to operate [the] CHARLES RANDALL SORENSEN in honor, but I do not wish to Trespass upon you or your office; and, I find that my name is not expressed on the dual purpose Federal Reserve Note/United States Note and as such, I am without accommodation or surety and I refuse to "order up" new credit in naked endorsement of the central banking scheme; but I rather choose to redeem any Federal Reserve Note or credit of that system by making my demand for Lawful Money in accord with *Title 12 U.S.C. §411*; and,

I hope that this written issue is helpful to you; and, again, I just want to express upon you that I have express and implied intent to only handle Lawful Money of the United States and while I recognize that any "smart" attorney might attempt to twist my words, such that Federal Reserve Notes are legal tender and "lawful to use" in the United States, Congress has maintained that United States Notes are Lawful Money within the United States and that Federal Reserve Notes are not Lawful Money; and the foregoing statements are based in *Title 12 U.S.C. §411* and Case Law; and I make the foregoing and the following statements as benefit to you:

> **US v Rickman; 638 F.2d 182:**   *In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and <u>are redeemable</u> in Lawful Money.*

> **US v Ware; 608 F.2d 400:**   <u>***United States notes shall be Lawful Money***</u>, *and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.*

> **US v Thomas; 319 F.3d 640:** *Paper currency, <u>in the form of the Federal Reserve Note</u>, is defined as an obligation of the United States that may be redeemed in Lawful Money on demand. 12 U.S.C.S. § 411. <u>Those bills are not money per se but promissory notes</u> supported by the monetary reserves of the United States.*

> Proverbs 11:1 A false balance is abomination to the אֱלֹהִים; but a just weight is his delight.

> Deuteronomy 25:16  For all that do such things, and all that do unrighteously, are an abomination unto the אֱלֹהִים thy Elohiym.

Title 12 United States Code Section 411 (12 U.S.C. 411) is very clear that Federal Reserve Notes are not Lawful Money of the United States. While they are lawful to use as a legal tender they cannot ever pay a debt but merely discharge said debt to a future Day of Judgment. And relying on Scripture, I find this model made clear in the great book of Hebrews as follows:

<u>Hebrews 10:4</u>  For *it is* not possible that the blood of bulls and of goats should take away sins.

Therefore, these have no power to pay for sin and only push the sin [debt] forward to a future day of reckoning. Thus is the nature of the FRS and its notes. However, clearly, 12 U.S.C. 411 allows that these Federal Reserve Notes and their associated credit system may be redeemed as there must always be choice. Noticing an Alter atop George Washington's head and noticing that he is the Alpha flanked by an Omega, only he who is blind cannot see the symbolism. I comprehend that you need my consent to understand the FRS and I have expressly withheld my consent by way of restrictive endorsement expressing my trust in United States Lawful Money. I am with my free will to choose and I choose to undertake on behalf of the United States in Lawful Money. I stand upon the Law (12 U.S.C. 411) hereinbefore quoted and maintain that I have no obligations or liability to even file a return as the Account is absent liability of the burden of taxation. <u>**Finding no transfer of Rights of Use, there can be no Fee!**</u> There only remains a presumption of which is timely rebutted herein! It is now time for Eve to be true to Adam. For once she had many lovers but now is she submitting to her Husbandman in Love.

Quoting the U.S. DEPARTMENT OF THE TREASURY as follows:

> *"What are United States Notes and how are they different from Federal Reserve notes?*

> *United States notes serve no function that is not already adequately served by Federal Reserve notes. As a result, the Treasury Department stopped issuing United States notes, and none have been placed into circulation since January 21, 1971."*

**[Thus the dual nature of the Federal Reserve Note bearing two seals and two signatures - TRUSTEES]**

<u>**I HAVE FULLFILLED THE LAW BY MAKING MY ADMINISTRATIVE DEMAND FOR LAWFUL MONEY AS NOTICED ON THE BACK OF THE CHECKS PRESENTED TO REBUT ANY PRESUMPTION OF INTERCOURSE WITH THE FEDERAL RESERVE SYSTEM.**</u>

As such, kindly issue the refund due to me by MINNESOTA REVENUE for the outstanding balance of $24,051 USD. As always, thank you for your service to our community.

Demand is made for Lawful Money of the United States in accord with United States Code Title 12 Section 411 and with all rights reserved in law:

*Charles Randall Sorensen*

Charles Randall Sorensen

 **DEPARTMENT OF REVENUE**

June 9, 2017

Charles Sorensen
7423 Frontier Trail
Chanhassen, MN 55317-9724

**RE:   SSN: xxx-xx-3343**
**Notice Dated:  June 2, 2017**
**Year:  2016**

Dear Mr. Sorensen:

We are in receipt of your correspondence concerning your disagreement with the Notice of Determination on Appeal dated June 2, 2017, in which we denied your administrative appeal. Please be advised that if you dispute this Notice you have appeal rights that are detailed on page 2 of that Notice.  However, we will not be responding, but for this letter, to your claims.

Sincerely,

Jonathan Haugen
Appeals Officer
(651) 556-6748
Jonathan.haugen@state.mn.us
FAX (651) 296-8229

Mail:  Appeals and Legal Services Division
Mail Station 2220
600 Robert St N
Saint Paul, MN 55146-2220

Mar 13, 2017

7423 Frontier Trail
Chanhassen, Minnesota  55317

Department of the Treasury
Internal Revenue Service
Fresno, CA  93888-0422

Re:  2013 form 1040X for tax period ending December 31, 2013; 2014 form1040X for tax period ending December 31, 2014

Greetings:

I made mistakes on my individual income tax forms for the years ending 2013 and 2014 and I have corrected them.

Please find enclosed my amended individual income tax forms (1040X) for the years 2013 and 2014 along with supporting evidence and authorities.

Additionally, I want to thank the personnel of the Treasury Inspector General's Office for Tax Administration for their oversight in this matter.

Sincerely,

Charles Randall Sorensen

Charles Randall Sorensen
without prejudice or recourse

encl:   envelope containing 2013 individual income tax form 1040X with supporting documents
        envelope containing 2014 individual income tax form 1040X with supporting documents

cc:     Treasury Inspector General for Tax Administration
        1401 H Street NW
        Suite 469
        Washington, D.C.  20005



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20005

INSPECTOR GENERAL
FOR TAX
ADMINISTRATION

May 15, 2017

Charles R. Sorensen
7423 Frontier Trail
Chanhassen, MN 55317

Complaint Number: TRN-1705-0316

Dear Mr. Sorensen:

Thank you for the information you provided to the Treasury Inspector General for Tax Administration (TIGTA). This office will review your complaint and evaluate it for appropriate action. TIGTA's responsibilities include the investigation of criminal impropriety within Federal tax administration and serious misconduct by Internal Revenue Service (IRS) employees. In addition, TIGTA works closely with the IRS to oversee the appropriate adjudication of complaints that are under the purview of IRS management, and to provide information about other concerns involving tax administration to the IRS for appropriate determination.

Please note that TIGTA is bound by Federal confidentiality statutes that limit the dissemination of information regarding TIGTA's law enforcement activities, including actions taken as a result of complaints filed with TIGTA. **TO ENSURE COMPLIANCE WITH APPLICABLE DISCLOSURE LAWS AND REGULATIONS, THIS OFFICE CANNOT RESPOND TO TELEPHONIC REQUESTS FOR STATUS OR OTHER INFORMATION ABOUT YOUR COMPLAINT.**

If you wish to have a copy of the information you submitted, you must file a written request pursuant to the Freedom of Information Act (FOIA). Please refer to the FOIA instructions found on TIGTA's website at http://www.ustreas.gov/tigta/important_foia_mafr.shtml. FOIA requests must be signed and submitted by fax at (202) 622-3339, e-mail to FOIA.Reading.Room@tigta.treas.gov, or mail to the Treasury Inspector General for Tax Administration, Office of Chief Counsel - Disclosure Branch, 1401 H Street, N.W., Room 469, Washington, DC 20005.

Sincerely,

*[signature]*

Tracey V. Giannakoulias
Assistant Special Agent-in-Charge
Complaint Management Team



