| | |
|---|---|
| In the United States District Court for the District of Minnesota<br>316 North Robert Street<br>100 Federal Building<br>St. Paul, MN 55101 | *Carver County Clerk and Recorder refuse to file this document.* CR 8/25/2017 @ 11:45am. |
| Charles Randall<br><br>v<br><br>Steven Terner MNUCHIN | Carver County Clerk and Recorder David FRISCHMON. Index this to Document #A649575<br><br>And Return this Original to the US District Court.<br><br>**RECEIVED**<br>AUG 25 2017<br>CLERK, U.S. DISTRICT COURT<br>ST. PAUL, MINNESOTA |
| Copy to: **Donald John TRUMP**<br>President of the USA<br>**TIGTA - Treasury Inspector General for Tax Administration** | Case #17-2115 |
| <p style="text-align:center">**NOTICE LIS PENDENS**<br><br>**FINDING OF FACT**<br><br>and<br><br>**REFUSAL FOR CAUSE on Notice of Federal Tax Lien**</p> | |

    **COMES NOW**, Charles Randall of the family SORENSEN, hereinafter "Charles Randall, and "I" and "my", speaking in ministerial capacity for my family and with Charity in Faith for our collective estate. The foundation of this Notice is that Demand is and has been made for redemption of central banking currency in Lawful Money of the United States in and for all commercial transactions.



Please file these copies of the attached presentment, hereinafter "Presentments" refused for cause and the original clerk instruction (red ink thumbprint) into the case entitled above. I have returned the original Presentments (red marker "Refused for Cause") to principal Steven Terner MNUCHIN, hereinafter " MNUCHIN", with a copy of this clerk instruction. Copies will go out as described on the Certificate of Mailing below my signature. Additionally NOTICE that the President of the United States is notified as Executive, upon the cause that his office appoints federal judges; and said federal judges have been signing deviant oaths of office. The attached oath of District of Alaska (alleged) Judge Timothy M. BURGESS is a particularly clear example as he apparently requested the clerk redact his name and date of birth off his own oath before publication.

Certificates of Mailing are included and a comprehensive record of rejection and refusal of unwarranted advances by the Internal Revenue Service, by and thru its employees and/or agents, attempting to make collections of funds. Furthermore and foremost please focus how in a "voluntary compliance" system of self-assessment of personal income tax liability, Charles Randall is being disallowed the right to be heard. Presumptions that Charles Randall is a trustee, accommodation party or surety for the central banking system are rebutted timely and the Special Particulars relating to said rebuttal have been and can be produced upon request. Earnest attempts to be heard and properly audited have been before the Defendant Secretary (MNUCHIN) and the President of the United States, Donald J.TRUMP. Also, publication of the Notice of Federal Tax Lien ("NOFTL") by the Internal Revenue Service is Refused for Cause timely herein upon the causes previously established in the Record. An affidavit and more recent Certified Copy of the NOFTL is attached with an affidavit and receipt proving that this slur on Charles Randall's good legal name is genuine libel. The form itself is only an abbreviation of the 668 Form and fails to state any specific claim (of the United States) so the county clerk and recorder is in collusion with this libel and defamation by leaving the NOFTL posted after reading this Document.

All findings of fact herein are presented in light that Charles Randall is redeemed and has been redeeming central banker currency in Lawful Money in accord with law and as prescribed by Congress for years now. Given that Charles Randall, in good faith and in understanding of charity to the fellow brethren in society, has made and continues to make demands for the redemption of Federal Reserve (Section 16 of the 1913 Federal Reserve Act) currency in Lawful

Money according to Law codified in Title 12 United States Code Section 411, the IRS has possession of significant (or significant to Charles Randall anyways) amounts of money due and owing to Charles Randall. Charles Randall has requested said moneys to be refunded upon his person and in brotherly love been patient with the ignorance of employees and/or agents of the Internal Revenue Service.

This instant Refusal for Cause on the recent NOFTL is evidence that employees and/or agents of the IRS acting under what I can only assume is an existing contract and/or agency of the United States, in reference to Section 16 Federal Reserve Act. Choice for freedom is established in Law hereinbefore referenced and Charles Randall chooses freedom, not just for self, but for all the brethren in society. The choice to use private issue of the Federal Reserve System or Lawful Money of the United States is placed before each responsible citizen and it has been and remains the intent of Charles Randall to use fair balances as reflected in Lawful Money of the United States. To endorse the Federal Reserve System is to be found in intercourse with unjust balances and in repugnance with the Word of Life codified at Proverbs 11:1. How can the Executive, Judiciary and the Legislative branches of government be sound if the Money system is unsound? How long must we suffer a third party to our Love Feast? Is the whole head sick too? It is my prayer that Law will prevail and I adjure those responsible officers in Trust to discharge their office by the Power of the Ever Living God.

Terry K. MULLINS, herinafter "MULLINS", acting as United States Treasury agent under principal Defendant [Garnishee] MNUCHIN (Bart BRELLINTHIN appears to be rogue under MULLINS' direction), signed, and therefore caused to exist a "Levy" on a personal bank account diverting funds belonging to Charles Randall in an amount exceeding that required for grand larceny charges in the State of Minnesota. This theft constitutes a genuine tort claim of which Charles Randall continues to be with harm and continues to suffer loss.

The Levy, delays in payment of refunds and public slurs on the good name of Charles Randall SORENSEN have all been financially and emotionally injurious. Given the lengths that said agent and principal have gone to perpetuate fraud and libel upon Charles Randall, I and my family, and by extension the entire Public Trust, are and remain in extreme jeopardy and

continue to suffer loss. Mr TRUMP declares he wants to make America great again, is it possible that the husbandman can be true to the wife [citizen]? To you officers of Trust, perform your office, in Charity born out of Faith to the brethren in Society and may the America of old be renewed. Are we a Nation of Laws or has Justice been thrown out into the street? Where can Equity be found if the "hearers of the Law" refuse to act? Where is Charity when Faith too is dead? My prayer is that Faith and Charity are still alive in the hearts and minds of those who discharge their office of Trust. I have propounded my cause in brotherly fashion and have been met with more fraud. How long will you, in the office of Trust, allow this fraud to exist?

A brief Table of Contents helps describe my tort claim. Refusal for Cause is abbreviated R4C:

| Document on PACER with Description | Date Served on Defendant MNUCHIN | Date Served on Executive TRUMP | Deadline set by the IRS |
|---|---|---|---|
| Doc 6-1 page 2 of 10 R4C on Notice of Jeopardy Assessment | 7/13/17 USPS # 9400110200882450947103 | 7/12/17 USPS # 9400110200830618510096 | File Review 7/31/17 Tamera S POWELL |
| Doc 8-1 page 7-9 of 9 Offer to participate in Audit sent to, KOSKINEN, BRELLINTHIN, DAVIS, WILLIAMS-WALLACE | 7/25/17 FDX # 787266023365 Received at the Treasury in DC by M. NALDO | 7/25/17 FDX # 787266028172 Received at the White House by M. NALDO | Notice date 7/24/17 |
| Doc 8-2 pages 7-9 of 36 Presentment by MULLINS/BRELLINTHIN Taped to garage door, no knock or ring. | 7/25/17 FDX # 787266023365 Received at the Treasury in DC by M. NALDO | 7/25/17 FDX # 787266028172 Received at the White House by M. NALDO | Scratched through stipulations and Scribbled "immediately". |
| Doc 8-2 page 23 of 36 Presentment by C. DAVIS Notice of Audit - need Response | 7/25/17 FDX # 787266023365 Received at the Treasury in DC by M. NALDO | 7/25/17 FDX # 787266028172 Received at the White House by M. NALDO | Need Response by. 8/6/2017 |

At the last minute prior to publication at the county clerk and recorder a new offer to be heard has arrived in my mail. Please note that it includes the offer - "OFFER IN COMPROMISE". It is irrational for the IRS to keep offering that I be heard and to keep evading my request for a hearing to settle this matter.

Keeping this United States District Court evidence repository is my method of tracking the inconsistencies in the Internal Revenue Service processes of which I am now properly a victim. For brevity I am only including the pages described in the four-item Table above and I can clearly demonstrate my earnest effort and invitation to clear any misunderstanding up properly, efficiently and in a timely manner. There is an affidavit proving that any Joe Public person can find and acquire this slur on my good name, and additionally a recent offer to sit down with me to work out a compromise.

If employees and agents operating, in accord with, or under the Treasury and central banking (Federal Reserve System) persist in breaking their own set deadlines through declaration of Emergency - exigent circumstances - calling "Jeopardy" without explanation then the deviant oaths of the federal "judges" prevail in both time of declaration (Doc 1 was Filed 6/19/2017) and urgency of Correction required by President and Executive Officer Donald John TRUMP and Garnishee Steven Terner MNUCHIN as Defendant in this civil suit. Additionally the 668 Form published and being used is clearly a *Release of the Lien*. The IRS attorneys have fashioned a Notice of Lien that is actually the Release of the Lien, in order to evade recourse in the law otherwise available to me!

Territorial Manager Bart BRELLINTHIN, hereinafter " BRELLINTHIN", has produced an emergency doctrine of "Jeopardy" on 7/20/17 titled, *Notice of Jeopardy Levy and Right of Appeal*. In which BRELLINTHIN informs me, Charles Randall that he believes I have understated my income. This confusion will be cleared up with a proper sit-down audit, which I am clearly inviting, demonstrated herein and attached. There is no appeal right available without bonded appeal judges and this emergency is demonstrated clearly in Doc 1 and subsequent Refusals for Cause of deviant senior federal judge oaths of office. Therefore BRELLINTHIN's offer too, has been Refused for Cause timely. Doc 11-1 page 6 of 11 shows BRELLINTHIN's "legal order" to levy my personal bank account with Wells Fargo titled *Notice of Levy*. The PACER heading shows my Refusal for Cause on this order on 8/2/17 and financial injury of $696.31 diverted funds, and an additional $125 charge for execution of the levy by Wells Fargo

bank. Total $821.31 loss to me comprising grand larceny by admitted irregular process of nonspecific *jeopardy* based in falsely accusing that I have understated my income amount in my tax returns. Refusal for Cause on the Notice of Levy as attached below was served on Defendant MNUCHIN 8/11/17 FedEx #779896042545 and President TRUMP FedEx #779896129529 also on 8/11/17, both signed for by M. NALDO for both the Department of the Treasury and the White House. Notice to the principal is notice to the agent and vice versa.

All the while as demonstrated by Doc 8-1 pages 7-9 I have earnestly been seeking to sit down and audit, and properly assess my tax liability with these agents and employees. Quoting from Doc 8-1 attached,

> *"However, I do thank you for taking the time to audit this account for years 2015 and 2016. I look forward to this audit in hopes to clarify our relationship and to resolve any outstanding presumptions or misunderstandings. To be clear, **while I do accept your offer of an audit**, your Notice is refused..."*

Falsely declaring exigent circumstances that collections are "in jeopardy" and falsifying fact in a statement, that I have under reported my income amount reflect that when the law is properly applied to my income tax returns I will be receiving a large amount of refund money above and beyond any refunds already sent. The behaviors of the agents and employees demonstrated in this **Notice Lis Pendens** and finding of fact are quite simply larcenous, libelous, fraudulent and dishonest and I Charles Randall continue to be with injury. More disturbing perhaps is that while the IRS continues offers to hear me I am making every effort to assess my tax liability, if any exists, correctly.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

*Charles Randall*
Charles Randall- Trustee of the Resulting Trust
c/o 7423 Frontier Trail
Chanhassen, Minnesota.

Subscribed and sworn to (or affirmed) before me on this 24th day of August 2017, by Charles Randall, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Witness my hand and official seal.



_Carol Marie Brinkman_
Notary Public

My Commission expires  1/31/2020  .