In the United States District Court
for the District of Minnesota
316 North Robert Street
100 Federal Building
St. Paul, MN 55101

**RECEIVED**

SEP 07 2017

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Charles Randall

v

Steven Terner MNUCHIN

Copy to: **Donald John TRUMP**
President of the USA
**TIGTA - Treasury Inspector General
for Tax Administration**

Case #17-2115

**REFUSAL FOR CAUSE**

**COMES NOW**, Charles Randall of the family SORENSEN, hereinafter "Charles Randall", speaking in ministerial capacity for his family and our estate.   Demand is made for redemption of central banking currency in Lawful Money in all transactions.

Please file these copies of the Presentment, refused for cause and the original clerk instruction (red ink thumbprint) into the case entitled above. I have returned the original Presentments (red marker "Refused for Cause") to principal Steven Terner MNUCHIN with a copy of this clerk instruction. Copies will go out as described on the Certificate of Mailing below my signature.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

*Charles Randall*

Charles Randall- Trustee of the Resulting Trust
c/o 7423 Frontier Trail
Chanhassen, Minnesota.

SCANNED

SEP 07 2017

U.S. DISTRICT COURT ST. PAUL

Subscribed and sworn to (or affirmed) before me on this _7th_ day of September 2017, by Charles Randall, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Witness my hand and official seal.

```
CAROL BRINKMAN
Notary Public
State of Minnesota
My Commission Expires
January 31, 2020
```

_____
Notary Public

My Commission expires ___1/31/2020___.

# NOTARY DETAILS

**CAROL BRINKMAN**

**Commission #: 6073962**

**Public Address:**
POBOX338
HAMEL,MN  55340
612-558-8500
**Status:**

Active
**Expires:**

1/31/2020
**County Registration:**

HENNEPIN
**E-Notarization:**

No

*Notaries listed here may not be providing services to the public; notaries listed as authorized to conduct e-notarization may not be doing so at the present time.*

**Commission History**

Original Commission: 9/23/1983

Renewed:4/10/1996

Renewed:     11/13/1999

Renewed:     1/27/2005

Renewed:     2/9/2010

Renewed:     9/12/2014

© 2017 Office of the Minnesota Secretary of State- Terms & Conditions

**When this Certificate is published on PACER I will mail the .pdf file to:**

Steven Terner MNUCHIN - (again but with PACER markings)
US Governor for the IMF
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia.
                    20220

Minnesota Department of Revenue
PO Box 64649
Saint Paul, Minnesota.
                    55164-0649

President of the United States
Donald John TRUMP
1600 Pennsylvania Avenue NW
city of Washington, District of Columbia.
                    20500

Office of the Treasury Inspector General for Tax Administration (TIGTA)
Attention: Inspector General J Russell GEORGE
City Center Building
1401 H Street, NW Suite 469
Washington, D.C., 20005



**mn DEPARTMENT OF REVENUE**

August 31, 2017

ID:       XXX-XX-3343
Letter ID:   L1006587712

#BWBBMRR
#0000 0100 6587 7127#
CHARLES R SORENSEN
7423 FRONTIER TRL
CHANHASSEN MN  55317-9724

## Subject: Lien notice

**We have filed a state lien against you and your property:**
We have enclosed a copy that shows where it was filed and the debt periods it covers. In most cases you must pay the amount due on these periods before selling or transferring your property - including your home. A state lien will typically appear on credit reports.

We may renew this lien if we have not received full payment on the periods listed on the lien. Penalty and interest continue to accrue on these periods until they are fully paid.

**When will this lien be released?**
After we receive full payment on the periods listed on the lien, we will send the appropriate documents to release the lien. We have assessed you the recording fees for filing and releasing the lien as authorized by Minnesota Statutes. The fees are shown on the lien.

If we negligently fail to release a lien within 30 days after you notify us in writing that the periods have been fully paid, you have the right to sue us for any actual economic damages that result.

**If you believe an error was made in filing this lien:**
You have the right to an administrative review. To request a review you should call the contact number shown below. If you are correct, we will release the lien within 14 days after we have made that determination. If we fail to do so, you have the right to sue us for any actual damages that result.

If you have any questions, please call the contact number shown below.

**Contact information:**
Collection Division
Phone: 651-556-3003 or 1-800-657-3909 (toll-free)
Email: mdor.collection@state.mn.us
Fax: 651-556-5116

**Mailing address:**
Minnesota Revenue
PO Box 64564
St. Paul, MN 55164-0564

An equal opportunity employer
*This material is available in alternate formats.*


- **Pay by credit card or debit card.** Go to www.paytax.at/mn or call 1-855-947-2966. Value Payment Systems processes these payments and charges you a fee for this service.
- **Pay by check or money order.** Include the enclosed voucher with your payment. Write the Letter ID on the memo line and mail your payment to the address on the voucher. The Letter ID is in the top right corner of this letter.

## Payment Agreements
If you cannot pay your debt in full, you may call us at 651-556-3003 or 1-800-657-3909 (toll-free) to request a payment agreement. Payment agreements that include tax debt must pay a nonrefundable $50 fee.

## Financial Hardship
If you cannot afford a payment agreement or the $50 fee, you may apply for a financial hardship. "Financial hardship" means you cannot provide basic necessities for you and your family. Examples include the inability to:
- Provide food
- Supply sufficient shelter
- Pay for utilities in your home
- Buy prescription medication
- Get critical medical treatment for yourself or an immediate family member

## Your rights as a taxpayer
At the Minnesota Department of Revenue, we're dedicated to upholding your rights as a taxpayer. For more information, go to www.revenue.state.mn.us and click on Taxpayer Rights at the bottom of the page, or contact the Taxpayer Rights Advocate.

You have the right to:
- Receive tax notices and bills that explain how much you owe in taxes, penalties, and interest -- and why.
- Know why we are asking for information and what will happen if you do not give it to us.
- Receive prompt, courteous, and correct answers to your questions.
- Expect that we will not disclose the information you give us, except as authorized by law.
- Have an accountant, attorney, or other eligible adult represent you at any time.
- Record an in-person interview with a department employee if you notify us in advance.
- Buy a copy of our recording if we decide to record the in-person interview and you do not record it.
- Sue us (take us to court) for damages if any department employee recklessly or intentionally ignores the law while collecting your overdue taxes. (However, if the court finds the lawsuit was frivolous or intended as a delaying action, the court will fine you.)

## You may contact the Taxpayer Rights Advocate
As hard as we try to resolve disputes with taxpayers, we cannot always do that. In that case, you may contact the Taxpayer Rights Advocate at 651-556-6013, 1-855-452-0767 (toll-free), or dor.tra@state.mn.us.



## State Lien

This State of Minnesota lien is being filed upon all property and property rights belonging to the below debtor for the amount of unpaid principal, plus penalties and interest. Fees have been added to the amount due for the recording of this lien.

**Debtor:**
CHARLES R SORENSEN
7423 FRONTIER TRL CHANHASSEN MN
55317-9724

**Debtor ID:**
XXX-XX-3343

**Filing place:**
Secretary of State

**Filing fee:**
$30.00

**Lien number:**
565121

**Amount due (incl. lien fees):**
$24,145.80

*Refusal*

*Cause*

**Contact information**
Collection Division
Phone: 651-556-3003 or 1-800-657-3909 (toll-free)
Email: mdor.collection@state.mn.us
Fax:   651-556-5116

**Mailing address**
Minnesota Revenue
600 N. Robert Street
St Paul, MN 55146-6553

STATE OF MINNESOTA
Commissioner of Revenue

by: *[signature]*

Dated: August 31, 2017

| Account ID | Debt Type | Period | Balance |
|---|---|---|---|
| 418994688 | Individual Income Tax | 12/31/2016 | $24,145.80 |
| | | **Total** | **$24,145.80** |

 

**DEPARTMENT OF REVENUE**

# I owe the Minnesota Department of Revenue. Now what?

*This information sheet explains some of your rights during the collection process.*

The Minnesota Department of Revenue is responsible for collecting taxes and other state debt. If you do not pay what you owe, we may take collection actions against you. The law provides you certain rights during these actions.

## Collection Actions

We can take these actions any time you have late debt, regardless of your arrangements with us.

### Lien

| Description | Your rights |
|---|---|
| We may file a lien (claim) against your property that stops you from selling, transferring, or refinancing. A lien is:<br>• Recorded with the Secretary of State and/or the county.<br>• May show on your credit record for at least 7 years. | • If you feel a lien was filed incorrectly, you may request an "administrative review."<br>• If the department does not release the lien within 30 days after the debt is paid in full, you may sue us. |

### Offset

| Description | Your rights |
|---|---|
| We may take ("offset") certain government payments to pay your debt, such as:<br>• Vendor or contractor payment<br>• State income tax or renters refunds<br>• Federal refunds or payments<br>• Wisconsin tax refunds | • We cannot take Social Security income, veterans benefits, or railroad retirement benefits.<br>• We must notify you 60 days before we begin taking any federal government payments.<br>• If you have evidence the debt is not past due or not legally collectible, you may request a review. |

## Enforced Collection Actions

If you do not contact us by the due date on the bill or "demand to pay" letter we sent you, we can take more aggressive steps to collect your debt. We call these "enforced collection actions." The most common enforced collection actions are below.

### Levy

| Description | Your rights |
|---|---|
| We may take money from your bank account, wages, or other income. | You may ask us to reduce or stop a levy due to financial hardship. (See "How can I stop collection actions?" on the next page.) |

**License or Permit Revocation**

| Description | Your rights |
|---|---|
| We may cancel ("revoke") or prevent renewal of your:<br>• Business license<br>• Professional license<br>• Sales tax permit | • We must notify you 30 days before contacting the licensing authority.<br>• You may ask for a hearing to stop the revocation. You must request this within 30 days of the notice we send you. |

**Seizure**

| Description | Your rights |
|---|---|
| We may take ("seize") your property and sell it to pay off your debt. | You may request that we sell the property within 60 days. |

**Business Liability**

| Description | Your rights |
|---|---|
| • If you are an officer or are responsible for filing returns or making tax payments for a business, you may be personally liable for the unpaid taxes.<br>• If you purchase a business, you may be liable for its unpaid taxes. If you contact us at least 20 days before the final purchase, we can tell you if the business is delinquent on any taxes. | If we assess you as liable for a business tax debt and you feel it is inaccurate, you may request a department administrative review of your case. |

**Liquor Posting**

| Description | Your rights |
|---|---|
| • We will post your business on a list of delinquent taxpayers on our website if you have an active liquor license and are more than 10 days late filing or paying any business tax.<br>• While your business is on this list, no wholesaler, manufacturer, or brewer may sell or deliver any product to you. | We must notify you at least 10 days before we place your business on the liquor posting list. |

## How can I stop all collection actions?

We will stop all collection actions when your debt is paid in full. For a payoff amount, contact us at 651-556-3003, 1-800-657-3909 (toll-free), or mdor.collection@state.mn.us.

## Payment options

• **Pay electronically from your bank account.** Go to www.revenue.state.mn.us and type **make a payment** into the Search box or call our automated system at 1-800-570-3329. We do not charge you for this service.



**mn** DEPARTMENT
OF REVENUE

August 31, 2017

ID:   XXX-XX-3343
Letter ID:   L1951096128

#BWBBMRR
#0000 0195 1096 1287#
CHARLES R SORENSEN
7423 FRONTIER TRL
CHANHASSEN MN  55317-9724

## Demand for payment

Our records show you owe this debt. However, payments received in the last 10 days may not be reflected in the amount due. If it has been longer than that, please contact us.

**Name:** CHARLES R SORENSEN
**Amount due: $112.71**
**Due Date: September 30, 2017**

**Individual Income Tax**

**Account ID:**   0418994688

| Period | Principal | Penalty | Interest | Other | Payment/Credits | Balance |
|---|---|---|---|---|---|---|
| 12/31/16 | $0.00 | $0.00 | $112.71 | $0.00 | $0.00 | **$112.71** |

An audit and/or review resulted in an additional amount due. Penalty and/or interest have been added.

**What do I need to do?**
Pay the amount due in full by **September 30, 2017** to avoid enforced collection actions.

**How do I make a payment?**
- **Pay electronically from your bank account.** Go to www.revenue.state.mn.us and type **payment options** into the Search box or call 1-800-570-3329. We do not charge for this service.
- **Pay by credit card or debit card.** Go to www.paytax.at/mn or call 1-855-947-2966. Value Payment Systems processes these payments and charges you a fee for this service.
- **Pay by check or money order.** Include the enclosed voucher with your payment. Write the Letter ID on the memo line and mail your payment to the address on the voucher. The Letter ID is in the top right corner of this letter.
- **Payment Agreements.** If you cannot pay this debt in full, go to www.revenue.state.mn.us and type **payment agreement** into the Search box or call us at 651-556-3003 or 1-800-657-3909 (toll free) to request one. We add a nonrefundable $50 fee to payment agreements that include tax debt.

August 31, 2017                                                             ID:  XXX-XX-3343
Page 2                                                              Letter ID:   L1951096128

**What will happen if I do not respond by September 30, 2017?**

We may take enforced collection action without further notice. We may:
- levy (take funds from) your wages or bank account
- seize (take) your property and sell it to pay your debt
- revoke or deny renewal of your business or professional license
- offset (take) any vendor payment owed to you by a state agency

We may file a state lien at any time.

**Can I prevent you from taking money from my wages?**

In certain situations, funds are exempt (protected) from levies. Your wages may be protected
from a levy if one of the following applies:
- You served time in jail or prison within the last six months.
- You qualified for and claimed the Earned Income Credit or Minnesota Working Family
  Credit on last year's income tax return.
- You received government assistance based on need within the past six months. Examples
  of qualifying assistance include (but are not limited to):
  - Food Support
  - Supplemental Security Income (SSI)
  - Minnesota Supplemental Assistance
  - Minnesota Family Investment Program (MFIP)
  - Medical Assistance
  - Energy Assistance
  - Minnesota Child Care Assistance
  - MinnesotaCare
  - Emergency Assistance

To claim one of these exemptions, complete the enclosed form.

**What if I disagree with the penalty amount?**

You may ask us to abate (reduce or cancel) the penalty if you have reasonable cause for filing or
paying late. Your request must be in writing and postmarked within 60 days from the first notice
of penalty we sent. For more information, go to www.revenue.state.mn.us and type **abatement**
into the Search box.

**Contact information**
Collection Division
Phone: 651-556-3003 or 1-800-657-3909 (toll-free)
Email: mdor.collection@state.mn.us
Fax: 651-556-5116



Cut carefully along this line to detach.
Your check authorizes us to make a one-time electronic fund transfer from your account.

**mn** DEPARTMENT OF REVENUE

**Collection Division Payment Voucher**
CHARLES SORENSEN
Letter ID: L1951096128

| | |
|---|---|
| ID: | XXX-XX-3343 |
| Filing Period: | 12/31/16 |
| Due Date: | 09/30/17 |
| Amount Due: | $112.71 |

*Refusal for Cause*

Make check payable to:
Minnesota Revenue
PO Box 64649, Saint Paul, MN 55164-0649

Amount of Check: _____

001040010032703907280012311610004189946882000000000000000000000000001



**mn DEPARTMENT OF REVENUE**

August 31, 2017

ID: XXX-XX-3343
Letter ID: L0402607936

#BWBBMRR
#0000 0040 2607 9360#
CHARLES R SORENSEN
7423 FRONTIER TRL
CHANHASSEN MN 55317-9724

## Summary of Accounts

If you have any questions, please contact the Collection Division at 651-556-3003 or 1-800-657-3909 (toll-free).

**Individual Income Tax**                                                                    **Account ID: 0418994688**

| Period | Tax | Penalty | Interest | Other | Payments/Credits | Balance |
|---|---|---|---|---|---|---|
| 12/31/16 | $0.00 | $0.00 | $112.71 | $0.00 | $0.00 | $112.71 |

An audit and/or review resulted in an additional amount due. Penalty and/or interest have been added.

| Period | Tax | Penalty | Interest | Other | Payments/Credits | Balance |
|---|---|---|---|---|---|---|
| 12/31/16 | $46,907.00 | $914.24 | $345.56 | $30.00 | ($24,051.00) | $24,145.80 |

Full payment was not received with your return. An audit and/or review resulted in an additional amount due. Penalty and/or interest have been added. The amounts shown in the 'Other' column reflect: Lien Filing Fee.



| | |
|---|---|
| **Account balance:** | **$24,258.51** |
| **Overall balance:** | **$24,258.51** |

600 N. Robert St., St. Paul, MN 55101
www.revenue.state.mn.us

An equal opportunity employer
*This material is available in alternate formats.*



August 31, 2017                                          ID:  XXX-XX-3343
Page 5                                      Letter ID:  L1951096128

**Wage Levy Exemption Claim Form**
Debtor name: CHARLES R SORENSEN
Debtor ID:     XXX-XX-3343

If you think your wages are protected and you wish to claim an exemption, you must complete
this form and return it to us.

**Email**: mdor.collection@state.mn.us
**Mail**:  Minnesota Revenue
PO Box 64564
Saint Paul MN  55164-0564
**Fax**:    651-556-5116

**Note:**  This exemption only applies to wage levies. Even if you qualify, the amount you owe will
not change and we will still attempt to collect the debt in other ways.

☐     I was an inmate of a correctional institution within the last six months.

_____     _____
Correctional institution and location               Release date

☐     I have received government assistance based on need within the last six months.

_____     _____
County                                    Program

_____     _____     _____
Case number              Start date               End date

_____     _____     _____
Case worker's name      Case worker's phone number   Case worker's fax number

The information I provided on this form is accurate to the best of my knowledge and belief, and
I authorize the Minnesota Department of Revenue to verify any information on it. By signing
below, I
- give authority to any correctional institution in which I was an inmate to disclose when I
  was an inmate, and
- give authority to any agency from which I received assistance to disclose the type of
  assistance I received and the end date of that assistance

_____     _____     _____
Signature of person claiming exemption     Date               Daytime phone