UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHARLES RANDALL,                              CIVIL NO. 17-2115 (JRT/DTS)

    Plaintiff,

v.                                            REPORT AND RECOMMENDATION

STEVEN TERNER MNUCHIN,

    Defendant.

The Complaint in the above matter was filed on June 19, 2017 [Docket No. 1]. When no answer was filed on behalf of Defendant or other appearance made within the time required by the Rules, the Court issued an Order on September 20, 2017, which by its terms required Plaintiff to take certain action. To date, Plaintiff has not complied with the terms of that Order. In fact, Plaintiff returned the September 20, 2017 Order to the Court with the words "Refusal For Cause" written across a copy of the Order, along with a document titled "Refusal For Cause" [Docket No. 31].

### RECOMMENDATION

IT IS RECOMMENDED that this action be DISMISSED without prejudice.

Dated:   September 29, 2017

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2).  All objections and responses must comply with the word or line limits set for in LR 72.2(c).